UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMELLO RANDLE,<br><br>        Petitioner,<br><br>   v.<br><br>CONTRA COSTA COUNTY SUPERIOR COURT,<br><br>        Respondent. | Case No. 24-cv-07930-RFL<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

      On November 12, 2024, the Ninth Circuit transferred Petitioner's habeas petition to this Court with instructions to open a new case. The next day, the Clerk of the Court sent a notice to Petitioner, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* ("IFP") application. The Clerk also sent Petitioner a blank IFP application form and told him that he must pay the filing fee or return the completed IFP application within twenty-eight days or his action would be dismissed. These notices were sent to Petitioner at a residential address that was listed on the petition. On December 20, 2024, the Clerk also sent the notice and blank IFP application to Petitioner at the prison where he is incarcerated. More than twenty-eight days have passed, and Petitioner has not paid the filing fee, returned the IFP application, or otherwise communicated with the Court.

      This action is DISMISSED without prejudice. Because this dismissal is without prejudice, Petitioner may move to reopen the suit and have proceedings reinstated. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

1

The Clerk shall enter judgment in favor of Respondent and close the case.

**IT IS SO ORDERED.**

Dated: February 4, 2025

_____
RITA F. LIN
United States District Judge