UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMELLO RANDLE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CONTRA COSTA COUNTY SUPERIOR COURT,<br><br>　　　　　　Respondent. | Case No. 24-cv-07930-RFL<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　On February 4, 2025, the Court closed this habeas case without prejudice because Petitioner had not paid the filing fee or filed a completed *in forma pauperis* application. Petitioner later filed an *in forma pauperis* application and on March 31, 2025, the Court reopened the case and dismissed the petition with leave to either file an amended petition or a motion for a stay by April 28, 2025.  (Dkt. No. 12.)  Petitioner has not filed an amended petition, a motion for stay, or otherwise communicated with the Court.

　　Accordingly, this federal habeas action is DISMISSED without prejudice, for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

　　The Clerk shall enter judgment in favor of Respondent and close the case.

　　**IT IS SO ORDERED.**

Dated: May 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge